UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CMP, LLC | * | CIVIL ACTION NO. 2:24-CV-02298 |
| | * | |
| VERSUS | * | SECTION: D(1) |
| | * | |
| BOARD OF COMISSIONERS FOR THE | * | JUDGE: Wendy B. Vitter |
| LAFITTE AREA INDEPENDENT LEVEE | * | |
| DISTRICT | * | MAGISTRATE: Janis van Meerveld |
| | * | |
| | * | JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION IN *LIMINE* AND *DAUBERT*/ARTICLE 702 MOTION TO
EXCLUDE PLAINTIFF'S EXPERT TESTIMONY APPLYING AN
IMPROPER MEASURE OF COMPENSATION FOR APPROPRIATION**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Board of

Commissioners for the Lafitte Area Independent Levee District (hereinafter "LAILD"), which

seeks an order from This Honorable Court excluding the testimony of Plaintiff's expert witness

Baldwin R. Justice entirely, or alternatively, restricting his testimony to the correct measure of

compensation for this appropriation claim. Plaintiff identified and designated Justice as an expert

in land value appraising to determine the market value of property appropriated (and already

compensated) by LAILD. At Plaintiff's direction, Justice offered an appraisal report that seeks to

independently determine compensation due for the appropriation. Justice issues his report and

opinions, however, under the false assumption provided by Plaintiff that the claim involves an

"eminent domain" or expropriation legal standard, despite the fact that this case only involves the

more restricted compensatory scheme of an appropriation by an arm of the State of Louisiana for

the building of a levee. Accordingly, Plaintiff and Justice advance an incorrect and legally

impermissible measure of compensation for this claim that is not only improper and irrelevant, but

would only serve to mislead or confuse the jury and unfairly prejudice LAILD.

WHEREFORE, LAILD prays that its motion be granted and that Plaintiff's expert witness appraiser Baldwin R. Justice be excluded from testifying, or alternatively, restricted from offering any testimony or opinions applying an eminent domain compensation scheme.

Respectfully submitted:

**BERRIGAN LITCHFIELD, LLC**


**/s/ Pamela J. Lormand**
**E. JOHN LITCHFIELD, T.A. (#8622)**
111 Veterans Memorial Blvd., Suite 1720
Metairie, LA 70005-3028
Telephone: (504) 568-0541
Facsimile: (504) 617-7644
Email: jlitchfield@berriganlaw.net

PAMELA J. LORMAND (#26390) (OF COUNSEL)
Lormand Law, LLC
1110 Poydras St., Ste. 2900, PMB 3386
New Orleans, LA 70163
Telephone: (504) 635-0107
Facsimile: (504) 910-9933
Email: pamela@lormand.law
*Attorneys for Defendant*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

**/s/ Pamela J. Lormand**
**PAMELA J. LORMAND**

2