UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CMP, LLC | * | CIVIL ACTION NO. 2:24-CV-02298 |
| | * | |
| VERSUS | * | SECTION: D(1) |
| | * | |
| BOARD OF COMISSIONERS FOR THE | * | JUDGE: Wendy B. Vitter |
| LAFITTE AREA INDEPENDENT LEVEE | * | |
| DISTRICT | * | MAGISTRATE: Janis van Meerveld |
| | * | |
| | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION IN LIMINE TO EXCLUDE**
**<u>PLAINTIFF'S CUMULATIVE EXPERT WITNESSES</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Board of Commissioners for the Lafitte Area Independent Levee District (hereinafter "LAILD"), who seeks an order from This Honorable Court excluding the cumulative testimony of Plaintiff's expert arborist witnesses or any other cumulative expert witness testimony offered. Plaintiff identified and designated multiple arborist experts, Fred Fellner and Malcolm Guidry, who jointly issued a report on the valuation of lost trees as a result of the property appropriation in this case by LAILD. These two witnesses have similar expertise, experience and training, and offered the exact same opinions through their joint report. Plaintiff has indicated his intention to call both witnesses at trial. To allow multiple expert witnesses to opine on the same exact information represents a waste of the Court's time and resources, as well as impermissibly stacks witnesses to the prejudice of LAILD.

WHEREFORE, LAILD prays that its motion be granted and that Plaintiff be precluded from offering cumulative witness testimony.

Respectfully submitted:


**BERRIGAN LITCHFIELD, LLC**


 **/s/ E. John Litchfield**
**E. JOHN LITCHFIELD, T.A. (#8622)**
111 Veterans Memorial Blvd., Suite 1720
Metairie, LA 70005-3028
Telephone: (504) 568-0541
Facsimile: (504) 617-7644
Email: jlitchfield@berriganlaw.net

PAMELA J. LORMAND (#26390) (OF COUNSEL)
Lormand Law, LLC
1110 Poydras St., Ste. 2900, PMB 3386
New Orleans, LA 70163
Telephone: (504) 635-0107
Facsimile: (504) 910-9933
Email: pamela@lormand.law
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.


 **/s/  E.  John  Litchfield**
**E. JOHN LITCHFIELD**

2