UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CMP, LLC | * | CIVIL ACTION NO. 2:24-CV-02298 |
| | * | |
| VERSUS | * | SECTION: D(1) |
| | * | |
| BOARD OF COMISSIONERS FOR THE | * | JUDGE: Wendy B. Vitter |
| LAFITTE AREA INDEPENDENT LEVEE | * | |
| DISTRICT | * | MAGISTRATE: Janis van Meerveld |
| | * | |
| | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S OMNIBUS MOTION IN *LIMINE*

**NOW INTO COURT**, through undersigned counsel, comes Defendant, The Board of

Commissioners for the Lafitte Area Independent Levee District (hereinafter "LAILD"), which files

this omnibus motion in *limine* to evidence and testimony from being introduced at the upcoming

trial.

Respectfully submitted:

**BERRIGAN LITCHFIELD, LLC**


  **/s/ Pamela J. Lormand**
**E. JOHN LITCHFIELD, T.A. (#8622)**
111 Veterans Memorial Blvd., Suite 1720
Metairie, LA 70005-3028
Telephone: (504) 568-0541
Facsimile: (504) 617-7644
Email: jlitchfield@berriganlaw.net


PAMELA J. LORMAND (#26390) (OF COUNSEL)
Lormand Law, LLC
1110 Poydras St., Ste. 2900, PMB 3386
New Orleans, LA 70163
Telephone: (504) 635-0107
Facsimile: (504) 910-9933
Email: pamela@lormand.law
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

**/s/ Pamela J. Lormand**
**PAMELA J. LORMAND**